926 .

No. 256. CALLANAN ET AL. *v.* UNITED STATES, *ante,* p. 862;

No. 356. LEWIS ET UX. *v.* CARVER, TRUSTEE, *ante,* p. 883; and

No. 177, Misc. BOBO *v.* CALIFORNIA ET AL., *ante,* p. 888. Petitions for rehearing denied.

DECEMBER 16, 1955.

No. 68, Misc. SANTO ET AL. *v.* TEETS, WARDEN, ET AL. On petition for writ of certiorari to the Supreme Court of California. Dismissed on motion of petitioner pursuant to Rule 60 of the Rules of this Court. *Allan L. Sapiro* for petitioners.

JANUARY 5, 1956.

No. 372, Misc. WAGNER *v.* STRATTON, GOVERNOR OF ILLINOIS. Dismissed on motion of applicant pursuant to Rule 60 of the Rules of this Court.

JANUARY 9, 1956.

No. 437. BOSTON & PROVIDENCE RAILROAD CORPORATION STOCKHOLDERS *v.* NEW YORK, NEW HAVEN & HARTFORD RAILROAD CO. ET AL. Appeal from the United States District Court for the Eastern District of Virginia. *Per Curiam:* The motion of Boston & Providence Railroad Corporation Stockholders Committee for leave to intervene or, in the alternative, to file brief as *amicus curiae* is denied. The motions to affirm are granted and the judgment is affirmed. *Armistead B. Rood, Joseph B. Hyman,*